■ GILA GAD, Respondent, v ARIE GAD, Appellant. [724 NYS2d 305] —Order, Supreme Court, New York County (Marjory Fields, J.), entered on or about January 9, 2001, which directed

defendant to pay plaintiff, *inter alia*, $8,000 a month for temporary maintenance and $25,000 for interim counsel fees, unanimously affirmed, without costs.

We decline to disturb the award, there being no showing of either exigent circumstances or a failure by the motion court to properly consider the factors specified in Domestic Relations Law § 236 (B) (6) and § 237 (a). Traditionally, an aggrieved party's remedy for any perceived inequities in the award has been a speedy trial (*see, Anonymous v Anonymous*, 241 AD2d 353; *Charpie v Charpie*, 271 AD2d 169, 171-172). Nowadays, if a pendente lite award is found at trial to be excessive, the court can remedy the inequity by appropriate adjustment in the equitable distribution award. Concur—Sullivan, P. J., Williams, Mazzarelli, Wallach and Rubin, JJ.